**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE GROUP and COMMERCIAL UNDERWRITERS INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>     v.<br><br>AMERICAN INTERNATIONAL GROUP, INCORPORATED; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; NEW HAMPSHIRE INSURANCE COMPANY,<br><br>     Defendants. | CV 08-2818 PA (PLAx)<br><br>JUDGMENT |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and NEW HAMPSHIRE INSURANCE COMPANY<br><br>     Counterclaimants,<br><br>     v.<br><br>NORTH AMERICAN SPECIALTY INSURANCE GROUP and COMMERCIAL UNDERWRITERS INSURANCE COMPANY,<br><br>     Counter-Defendants. | |

Pursuant to the Court's March 9, 2009 Order granting the motion for summary judgment filed by defendants and counterclaimants American International Specialty Lines Insurance Company ("AISLIC") and New Hampshire Insurance Company ("NHIC") as to the Complaint filed by plaintiffs and counter-defendants North American Specialty Insurance Group ("NAS") and Commercial Underwriters Insurance Company ("CUIC") which also granted the motion for summary judgment filed by NAS and CUIC as to the First Amended Counterclaim filed by AISLIC and NHIC, and the Court's September 8, 2008 Order dismissing defendant American International Group, Incorporated ("AIG"), there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. AISLIC, NHIC, and AIG shall have judgment in their favor on the Complaint filed by NAS and CUIC;

2. CUIC and NAS shall have judgment entered in their favor on the First Amended Counterclaim filed by AISLIC and NHIC;

3. CUIC and NAS shall recover nothing from AISLIC, NHIC, and AIG;

4. AISLIC and NHIC shall recover nothing from CUIC and NAS; and

5. Each party shall bear their own and costs.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED: March 9, 2009

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE